**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Peter SCHENDERLINE, Defendant— Appellant.**

No. 03–30311.

D.C. No. CR–02–00069–RFC.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Marcia Good Hurd, Billings, MT, for Plaintiff-Appellee.

Jeffrey G. Michael, Billings, MT, for Defendant-Appellant.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

### MEMORANDUM**

Peter Schenderline appeals from his jury trial conviction and sentence for sexual abuse of a minor, in violation of 18 U.S.C. § 2243.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Schenderline has filed a

---

brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Schenderline has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is **AFFIRMED**, and the sentence is **REMANDED**.